IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEWART HUNTER HOUSING, LLC, )
a/k/a Marne Point Apartments )
d/b/a Balfour Beatty )
Communities, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV422-106
 )
JULIAN MOREIRA, )
 )
    Defendant. )
 )

O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of July 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA